Annette McKee
1050 N. Hills Blvd
# 6089
Reno, Nevada 89506

3:16-cv-00311

COMPLAINT



Plaintiff, Annette A. McKee seeks equal protection under the law, for fair due process, for the compelling questions of law to be answered, as a matter of question of law, and application of Violation of Interstate Commerce Law, of a daughter of the Cold World War 11, under Title U.S. Section 18 violation of 11 F, 11g, etc, all confidential data is not to be intercepted or made to be used or caused to be used such as the briefing made by Janet Yellon on public hearings of Supreme Court on June 6, 2016 centered were 52 Govenors of State.

1. Defendant, UPS employee of tracking number 9396 6606 149 6 location as follows: 8900 Terabyte Dr. Reno, Nevada 89521-5932, as well as first incident dated December 17, 2015 a police dispatch log at 10:17 hours to retrieve mail from Gresela Manager at Riverwood Apts, location as follows: 805 Kuenzli Street Reno Nevada 89502, led to Intent to cause bodily injury or mame, to Plaintiff, after conversation with Reno Dispatch to retrieve mail, Plaintiff was chased by a pit bull in hall way, and never Gained access to Office due to incident on 3rd floor, therefor, all parties are to be held Under strick strutiny and a wobbler of Felony Intent, not only for incident of Dec. 17, 2015, also incident of December 22, 2016 which led to Plaintiff Annette Mckee calling Reno Police again, to obtain Military records of her deceased honorable father, in Order to obtain citizen identification the equal protection law, was violated, Greselda Manager at Riverwood, advised employee Elia Lopez to deny providing this Military Documentation, in which came from Washington DC under 300.00 penalty for private Use or delay, I demand prosecution of Federal Interstate Commerce Law to be applied To all three parties, UPS employee of Dec 17, 2015, received X-mas gift on Dec 22, 2015 due to avoiding bodily injury, and incident of March 22, 2016 tracking number

Annette McKee
June 7, 2016

Annette A. McKee

   For prove of evidence is as follows: 9396 6606 149 6, full disclosure by computer

   Forensics provides all details of Dec 17, 2015 tracking as well. Strick Strutiny

   Under the law, and prosecution of all 3 parties, and tort liability to Kromer

   Investments for he evaded the incident as well as continued the unlawful employees

   To be employed after the second incident and attempted to use, 18 US section 2071

   Deletion of record and manipulation of true record by demanding by fraud to advise

   Plaintiff Annette Mckee off the property, Officer Brady of Reno Police Dept, can

   Collaborate with his own statement left via phone message of threat to Plaintiff

   Annette Mckee, demanding under violation of Constitutional Law to Live in the Street,

   Not in the Apt. As a licensed real estate salesperson license ID 01743280 when a

   Party request application for tenancy under the Fair Housing Act Greselda manager

   And Elia Lopez discriminated against Plaintiff, result one employee was fired for

   Having immoral relationships with tenants, Greselda and Elia Lopez are not suitable

   To do business under their SIC Code of Reno Nevada Licensing known as: SIC 6513

   And NAICS Code known as 531100 therefor the established violation by ethenticity

   Groups for political discriminatory practice is in Direct Violation of Title US Guide

   18 for WW11 family members under Central Intelligence Officer Bissell, violating

   US Title Guide 18 section 11f, 11g, etc.;

2. Defendants engaged in a malicious prosecution, a lawsuit for compensation of

   $ 450,000.00 is sought and penalty of private use as noted by National Military

   Archives of Washington DC of 300.00 for private use under Restitution as follows;

   Mandatory Victim Restitution 18 U.S.C 3664 (d)(5). Note: Dolan v US 560

   U.S. 605, 618 ( 2010 ). Also to apply fine or imprisonment 40 USC 6131 and 6133 .

June 7, 2016                                    *[signature: Annette S. McKee]*

3. Defendants engaged in deception, withholding of property aided and abed by use
Of threat and intimidation of Officer on scene, who did demand release of my
Fathers military record, and Birth records to provide I am a Citizen of the United
States of America, and a daughter of the Cold War Era under Central Intelligence
National Security Interest to be protected and preserved not used as alledge political
Bribes such as Denise Lopez running for Assembly Seat currently as we bring forth this
Suit. The interference of personal property occurred by defendants direct actions
In direct violation of the law, and Federally and Constitutionally District Attorney
Christopher Hicks is requested to prosecute by summons and notice to apply the law
And responds within 21 days of Summons with supporting papers herein, attached
The review of Freedom of Information Act G639 will be enforced as this will not be
Tolerated. The misrepresentation to character of Plaintiff and Annette Mckee in the
Professional capacity and licensed not only with Dept of Real Estate, but with
Bureau of Investigations under ACE 49885, and current ID ACE 74963. A student in
Paralegal studies as well, tainting by word of mouth, all interpretations are to be used
In the proceeding made by all parties to constitute strict scrutiny to be applied to
Move from wobbler to more than one Felony charge, the prosecution there of in the
County of Washoe, State of Nevada, and or otherwise, Plaintiff has under MCR notice
To Secretary of State, John Kerry as well as Secretary of State of Nevada to move for
Central Intelligence to Investigate and enforce the law of all parties involved, not just
The 3 parties named, leading to City, State, Federal authority reviewed by National
Military Command Center for daughters of the Cold War Era of WW11.

June 7, 2016                                    Annette D. Mckee

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* June 7, 2016 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Attached Supporting Affidavit by Notary. This proceeding moves forward under Application of Forma Paupas - Plaintiff request.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 7, 2016                                    _____
                                                       *Server's signature*

                                                       _____
                                                       *Printed name and title*

                                                       _____
                                                       *Server's address*

Additional information regarding attempted service, etc: Under Registered Mail Federal Procedure (4)

Print | Save As... | Reset

# Affidavit

I am over 18 and providing Complaint of original Federal Proceeding, along with supporting papers attached proof of service mailed pursuant Rule (4)(i). Pages included total ___5___

June 7, 2016

Annette A. McKee      /s/ Annette A. McKee

State of Nevada
County of __Washoe__
This instrument was acknowledged before me on 8TH June, 2016
by __Annette A. McKee__

_Signature of Notarial Officer_



MARIA F. WEST
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-21-18
Certificate No: 14-13498-1

## AFFIDAVIT

The original filing of complaint and supporting papers, notary stamp Concurs with the mandatory supporting papers attached herein.

Let the record show paragraphs 1-3 state all the particulars to the original Filing, to establish enforcement of the Law, equal protection of the Law, as well as Supported documentation of Codes for prosecution of the Law.

Respectfully submitted and attached to the original affidavit, signed and Stamped for acceptance of amended rules.

Annette A Mckee

Plaintiff Pro se